(January 10, 1945.)

In the Matter of NEW YORK STATE GUERNSEY BREEDERS CO-OPERATIVE, INC., Respondent, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See *ante,* p. 934.]

In the Matter of the Claim of LUCY WILSON et al., Respondents, against AMERICAN RADIATOR & STANDARD SANITARY CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante,* p. 935.]

In the Matter of the Claim of FRANCES T. SKUTNIK et al., Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante,* p. 357.]

JOHN HURD, Respondent, v. REPUBLIC STEEL CORPORATION, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, which question is hereby certified as follows: Does the complaint state facts sufficient to constitute a cause of action? All concur. [See *ante,* p. 936; *post,* p. 1076.]

JOHN A. ELKINS, Appellant, v. EVELYN S. ELKINS, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See *ante,* p. 938.]

TICONDEROGA GRANGE NO. 1130, PATRONS OF HUSBANDRY, et al., Respondents, v. CLINTON COUNTY NEW YORK PATRONS FIRE RELIEF ASSOCIATION, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See *ante,* p. 374.]

In the Matter of the Claim of JULIA FLAMMER, Respondent, against BETHLEHEM STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante,* p. 944.]

In the Matter of the Claim of SARAH VOLKER, Respondent, against HAROLD DAVIS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See *ante,* p. 945.]